**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN E. CLARK,<br><br>              Petitioner,<br><br>         v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>            Respondent. | Case No. CV 20-9936 JFW (MRW)<br><br>JUDGMENT |

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE:  February 4, 2022

                                  HON. JOHN F. WALTER<br>                                  UNITED STATES DISTRICT JUDGE